# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv311

| | |
|---|---|
| BILLY DAVID HARRIS and ROBIN HARRIS, spouse, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** |
| AJAX BOILER, INC., *et. al.*, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Cathy A. Williams' Application for Admission to Practice *Pro Hac Vice* of Barrett Naman [Doc. 6].

In the Application, Cathy A. Williams has certified that Barrett Naman is a member in good standing of the Texas Bar and will be appearing with Cathy A. Williams, a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that Cathy A. Williams' Application for Admission to Practice *Pro Hac Vice* of Barrett Naman [Doc. 6] is hereby **GRANTED** and Barrett Naman is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Cathy A. Williams.

Signed: October 26, 2012

Martin Reidinger
United States District Judge