# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv311

| | |
|---|---|
| BILLY DAVID HARRIS and ROBIN L. HARRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AJAX BOILER, INC., *et. al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of Erin Elaine Shofner [Doc. 55].

In the Application, Teresa Lazzaroni has certified that Erin Elaine Shofner is a member in good standing of the Bars of Georgia, Massachusetts and South Carolina and will be appearing with Teresa Lazzaroni, a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of Erin Elaine Shofner [Doc. 55] is hereby **GRANTED** and Erin Elaine Shofner is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Teresa Lazzaroni.

Signed: January 19, 2013

Martin Reidinger
United States District Judge