# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv311

| | |
|---|---|
| BILLY DAVID HARRIS and ROBIN L. HARRIS, ) ) ) Plaintiffs, ) ) vs. ) ) AJAX BOILER, INC., *et. al.*, ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss with Prejudice of the Plaintiffs and the Defendants Ametek, Inc., Hercules, Inc. and Champlain Cable Corporation [Doc. 61].

No opposition to the motion having been filed, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss with Prejudice of the Plaintiffs and the Defendants Ametek, Inc., Hercules, Inc. and Champlain Cable Corporation [Doc. 61] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice as to Defendants Ametek, Inc., Hercules, Inc. and Champlain Cable Corporation.

Signed: March 5, 2013

Martin Reidinger
United States District Judge