# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv311

| | |
|---|---|
| BILLY DAVID HARRIS and ROBIN L. HARRIS, spouse, <br><br> Plaintiffs, <br><br> vs. <br><br> AJAX BOILER, INC., *et. al.*, <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Foster Wheeler which has been presented jointly by the Plaintiffs and Defendant Foster Wheeler Energy Corporation [Doc. 67].

No response in opposition to the motion has been filed and it will therefore be granted.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss Foster Wheeler [Doc. 67] is hereby **GRANTED** and the claims against Defendant Foster Wheeler Energy Corporation are hereby **DISMISSED**.

Signed: April 11, 2013

Martin Reidinger
United States District Judge