# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv311

| | |
|---|---|
| **ROBIN L. HARRIS, individually and as Executrix of the Estate of Billy David Harris, deceased,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**AJAX BOILER, INC., *et. al.*,**<br><br>　　　　**Defendants.** | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Substitute Party [Doc. 69] and Motion for Leave to File First Amended Complaint for Wrongful Death [Doc. 70].

No opposition has been filed to either motion and each will therefore be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Substitute Party [Doc. 69] is hereby **GRANTED** and the Plaintiff Robin L. Harris, individually and as Executrix of the Estate of Billy David Harris, is hereby substituted as the Plaintiff in this action. The caption of the case has been amended in accordance with this substitution.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Leave to File First Amended Complaint for Wrongful Death [Doc. 70] is hereby **GRANTED** and the First Amended Complaint [Doc. 70-1] is hereby deemed filed as of the date of this Order.

Signed: April 18, 2013

Martin Reidinger
United States District Judge