**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00311-MR-DLH**

| | | |
|---|---|---|
| **ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **AJAX BOILER, INC., et al.,** | ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Yarway Corporation's Notice of Suggestion of Bankruptcy [Doc. 105].

The pending bankruptcy proceedings of Defendant Yarway Corporation require that the action be stayed as to this Defendant.

**IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to Defendant Yarway Corporation only.

**IT IS SO ORDERED.**

Signed: September 21, 2013

Martin Reidinger
United States District Judge