THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00311-MR-DLH

| | |
|---|---|
| ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) AJAX BOILER, INC., et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Ingersoll Rand Company [Doc. 112].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 112] is **GRANTED**, and all claims of Robin Harris, individually and as executrix of the estate of Billy David Harris, against the Defendant Ingersoll Rand Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 1, 2013

Martin Reidinger
United States District Judge