IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No.: 1:12-cv-00311-MR

ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, Deceased,

    Plaintiff,

vs.

AJAX BOILER, INC., et al.,

    Defendants.

## ORDER GOVERNING RELEASE OF PATHOLOGY MATERIALS

**THIS MATTER** comes before the Court on the Defendant Cleaver-Brooks, Inc.'s motion for an Order compelling the release of pathology materials related to the claims asserted in this case for injury or death as a result of exposure to asbestos or asbestos-containing products. [Doc. 121]. The Defendant represents that the Plaintiff does not oppose the motion.

The Court finds that the request is proper and should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 121] is **GRANTED**.

**IT IS FURTHER ORDERED** that Duke University Medical Center Department of Pathology, 265 Davidson Bldg., Box 3712, Durham, NC 27710, shall furnish pathology materials (whether tissue, pathology slides, or any other form of pathology material) pertaining to Plaintiff's decedent Billy David Harris to Defendant Cleaver-Brooks, Inc. within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: December 30, 2013

Martin Reidinger
United States District Judge