**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00311-MR-DLH**

| | | |
|---|---|---|
| **ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, deceased,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **AJAX BOILER, INC., et al.,** | ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court on Duke University Health System, Inc.'s Motion for Protective Order and Motion to Set Aside or for Reconsideration of Order Governing Release of Pathology Materials [Doc. 123].

Duke University Health System, Inc.'s Motion fails to comply with Local Civil Rule 7.1(C), which requires a brief to be filed contemporaneously with a motion. Accordingly,

**IT IS, THEREFORE, ORDERED** that Duke University Health System, Inc.'s Motion for Protective Order and Motion to Set Aside or for Reconsideration of Order Governing Release of Pathology Materials [Doc. 123] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 8, 2014

Martin Reidinger
United States District Judge