IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-311

| | |
|---|---|
| ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, Deceased, )<br><br>Plaintiff, )<br><br>vs. )<br><br>AJAX BOILER, INC., et al., )<br><br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court on Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of Jason M. Saul. It appearing that Jason M. Saul is a member in good standing with the Bars of Massachusetts, New York and Pennsylvania and will be appearing with Teresa Lazzaroni, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Teresa Lazzaroni's Application for Admission to Practice Pro Hac Vice (#160) of Jason M. Saul is **GRANTED**, and

that Jason M. Saul is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Teresa Lazzaroni.

Signed: June 2, 2014

Dennis L. Howell
United States Magistrate Judge