# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12-cv-311

| | |
|---|---|
| ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ORDER |
| AJAX BOILER, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Daniel R. Francis' Application for Admission to Practice *Pro Hac Vice* of Christopher Norris. It appearing that Christopher Norris is a member in good standing with the Texas State Bar and will be appearing with Daniel R. Francis, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Daniel R. Francis' Application for Admission to Practice Pro Hac Vice (#170) of Christopher Norris is

**GRANTED**, and that Christopher Norris is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Daniel R. Francis.

Signed: June 17, 2014

Dennis L. Howell
United States Magistrate Judge