# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12-cv-311

| | |
|---|---|
| ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AJAX BOILER, INC., et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Kenneth Kyre, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Katherine W. Binns. It appearing that Katherine W. Binns is a member in good standing with the Bars of Texas, Louisiana, and Pennsylvania and will be appearing with Kenneth Kyre, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kenneth Kyre, Jr.'s Application

for Admission to Practice Pro Hac Vice (#182) of Katherine W. Binns is **GRANTED**, and that Katherine W. Binns is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kenneth Kyre, Jr.

Signed: July 18, 2014

Dennis L. Howell
United States Magistrate Judge