THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00311-MR-DLH

ROBIN L. HARRIS, Individually and )
as Executrix of the Estate of Billy )
David Harris, deceased, )
 )
                Plaintiff, )
 )
     vs. )        O R D E R
 )
AJAX BOILER, INC., et al., )
 )
               Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 212].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 212] is **GRANTED**, and all claims of Robin Harris, individually and as executrix of the estate of Billy David Harris, against the Defendant Union Carbide Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 15, 2014

Martin Reidinger
United States District Judge