THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00311-MR-DLH

ROBIN L. HARRIS, Individually and )
as Executrix of the Estate of Billy )
David Harris, deceased, )
)
                    **Plaintiff,** )
)
    vs. )        **O R D E R**
)
AJAX BOILER, INC., et al., )
)
                    **Defendants.** )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Claim against Georgia-Pacific [Doc. 235].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 235] is **GRANTED**, and all claims of Robin Harris, individually and as executrix of the estate of Billy David Harris, against the Defendant Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Signed: November 7, 2014

Martin Reidinger
United States District Judge