# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00311-MR-DLH

| | |
|---|---|
| ROBIN L. HARRIS, Individually and as Executrix of the Estate of Billy David Harris, deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AJAX BOILER, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

This matter was stayed on September 23, 2013, based on the Notice of Suggestion of Bankruptcy filed by Defendant Yarway Corporation. [Doc. 106]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

Signed: June 22, 2017

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge