THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00311-MR-DLH

ROBIN L. HARRIS, Individually and )
as Executrix of the Estate of Billy )
David Harris, deceased, )
 )
            Plaintiffs, )
 )
vs. )    **O R D E R**
 )
AJAX BOILER, INC., et al., )
 )
            Defendants. )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's Motion for Entry of Order of Dismissal. [Doc. 242].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 242] is **GRANTED**, and all claims of Robin Harris, individually and as executrix of the estate of Billy David Harris, against the Defendant Yarway Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 27, 2017

Martin Reidinger
United States District Judge